UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>FRANCISCO ALVAREZ,<br><br>                Defendant. | Case No. 18cr1653-GPC<br><br>PRELIMINARY ORDER<br>OF CRIMINAL FORFEITURE |

      WHEREAS, in the Indictment filed in this case, the United States sought forfeiture of all firearms and ammunition involved in the commission of the offenses charged in the Indictment pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

      WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, the Defendant consented to the forfeiture of all right, title and interest in all properties seized in connection with this case, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), which were properties involved in the violation of 18 U.S.C. § 922(a)(6), as charged in Count 3 of the Indictment to which the Defendant entered a guilty plea; and

      WHEREAS, on or about July 26, 2018, the Defendant pled guilty before Magistrate Judge Clinton Averitte to Count 3 of the Indictment, which plea included consent to forfeiture of all properties seized in connection with this case, including all firearms, ammunition involved in the commission of the offenses, including, but not limited to,

| | |
|---|---|
| 1 | forfeiture of a **Mossberg 500A Shotgun CAL:12 SN:P843989; DSA Inc. ZM4 Rifle CAL: 223 SN:DS101081; Sig-Sauer P229 Pistol CAL:40 SN:AM 24 547; Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 821 Rounds Assorted Ammunition CAL:Assorted; 297 Rounds Assorted Ammunition CAL:Assorted; 3,464 Rounds Assorted Ammunition CAL:Assorted; 2,000 Rounds Assorted Ammunition CAL:Assorted; 61 Rounds Assorted Ammunition CAL:Assorted; 171 Rounds Assorted Ammunition CAL:Assorted; 233 Rounds Assorted Ammunition CAL:Assorted; 290 Rounds Assorted Ammunition CAL:Assorted; 293 Rounds Assorted Ammunition CAL:Assorted; 143 Rounds Assorted Ammunition CAL:Assorted; 69 Rounds Assorted Ammunition CAL:Assorted; 6 Rounds Assorted Ammunition CAL:Multi; 300 Rounds Assorted Ammunition CAL:Assorted; 186 Rounds Assorted Ammunition CAL:Assorted; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader**; and |

WHEREAS, on or about March 9, 2018, the Mossberg 500A Shotgun CAL:12 SN:P843989; DSA Inc. ZM4 Rifle CAL: 223 SN:DS101081; Sig-Sauer P229 Pistol CAL:40 SN:AM 24 547; 821 Rounds Assorted Ammunition CAL:Assorted; 297 Rounds Assorted Ammunition CAL:Assorted; 3,464 Rounds Assorted Ammunition CAL:Assorted; 2,000 Rounds Assorted Ammunition CAL:Assorted; 61 Rounds Assorted Ammunition CAL:Assorted; 171 Rounds Assorted Ammunition CAL:Assorted; 233 Rounds Assorted Ammunition CAL:Assorted; 290 Rounds Assorted Ammunition CAL:Assorted; 293 Rounds Assorted Ammunition CAL:Assorted; 143 Rounds Assorted Ammunition CAL:Assorted; 69 Rounds Assorted Ammunition CAL:Assorted; 6 Rounds Assorted Ammunition CAL:Multi; 300 Rounds Assorted Ammunition CAL:Assorted; and 186 Rounds Assorted Ammunition CAL:Assorted, were administratively forfeited as properties involved in the commission of the offense pursuant to 18 U.S.C. § 924(d) by the

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and notice of the same was sent to Defendant and published and no one contested the administrative forfeiture proceedings which have been completed and the properties forfeited in the uncontested agency administrative proceedings; and

WHEREAS, on July 27, 2018, this Court accepted Defendant's guilty plea to Count 3 of the Indictment; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader, and the offense of conviction; and

WHEREAS, by virtue of Defendant's factual admission and guilty plea to Count 3 of the Indictment, the Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader, are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely: the Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admission of the Defendant and his guilty plea, the United States is hereby authorized to take custody and control of the Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The Ruger P89 Pistol CAL:9 SN:304 41525; FEG PA63 Pistol CAL:9 SN:AL2508; Unknown Manufacturer Unknown Pistol CAL:Unknown SN:125248; Colt Python Revolver CAL:357 SN:21638E; 4 AR Hi-Cap Mags, 3 Pistol Mags, 2 100 RD Capacity Drum Mags; and 3 Pistol Grips, 2 AR Butts, AR Bolt, Bandolier, Revolver Speed Loader, Drum Mag Speed Loader are to be held by ATF in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's

forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

     5.     This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

     6.     The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited properties.

     7.     Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

     8.     Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

     9.     The administrative forfeiture of the Mossberg 500A Shotgun CAL:12 SN:P843989; DSA Inc. ZM4 Rifle CAL: 223 SN:DS101081; Sig-Sauer P229 Pistol CAL:40 SN:AM 24 547; 821 Rounds Assorted Ammunition CAL:Assorted; 297 Rounds Assorted Ammunition CAL:Assorted; 3,464 Rounds Assorted Ammunition CAL:Assorted; 2,000 Rounds Assorted Ammunition CAL:Assorted; 61 Rounds Assorted Ammunition CAL:Assorted; 171 Rounds Assorted Ammunition CAL:Assorted; 233 Rounds Assorted Ammunition CAL:Assorted; 290 Rounds Assorted Ammunition CAL:Assorted; 293 Rounds Assorted Ammunition CAL:Assorted; 143 Rounds Assorted Ammunition CAL:Assorted; 69 Rounds Assorted Ammunition CAL:Assorted; 6 Rounds Assorted Ammunition CAL:Multi; 300 Rounds Assorted Ammunition CAL:Assorted; and

186 Rounds Assorted Ammunition CAL:Assorted, are reaffirmed and no further action need be taken.

Dated: August 15, 2018

Hon. Gonzalo P. Curiel
United States District Judge